IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SIDNEY L. COLEMAN AND
LAKESHA M. JOHNSON,

      Plaintiffs,                                   Case No.  18-cv-673-jdp

    v.

MAGGIE THOMAS, KURT SCHWAHN,
GENOVEVA CALDERSON, MICHELE
KRUEGER, CHRISTOPHER DUBMAN,
LEANN MOBERLY, AMR YASSIN,
WISCONSIN DEPARTMENT OF
CORRECTIONS, ANGELA FISCHER,
AND BROOKE,

      Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.

      /s/                                           4/20/2020

    Peter Oppeneer, Clerk of Court                  Date